**CARLSON LYNCH, LLP**
Todd D. Carpenter (234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel:   619-762-1910
Fax:   619-756-6991

**CARLSON LYNCH LLP**
Gary F. Lynch
glynch@carlsonlynch.com
Edward W. Ciolko
eciolko@carlsonlynch.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel.:  (412) 322-9243
Fax:   (412) 231-0246

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IBTEHAZ UTSAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA STATE UNIVERSITY SYSTEM, et al.,<br><br>Defendants. | Case No.: 2:20-cv-06902-AB-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Ibtehaz Utsay pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: October 29, 2020            **CARLSON LYNCH LLP**

By: */s/Todd D. Carpenter*
Todd D. Carpenter (234464)
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel.:  619-762-1900
Fax:   619-756-6991
tcarpenter@carlsonlynch.com

| | |
|---|---|
| 1 | |
| 2 | **CARLSON LYNCH LLP** |
| | Gary F. Lynch |
| 3 | glynch@carlsonlynch.com |
| | Edward W. Ciolko |
| 4 | eciolko@carlsonlynch.com |
| | 1133 Penn Avenue, 5th Floor |
| 5 | Pittsburgh, PA 15222 |
| | Tel.:   (412) 322-9243 |
| 6 | Fax:   (412) 231-0246 |
| 7 | *Counsel for Plaintiff and Proposed Class* |

2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)